# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00210-CV

### In re FamilyLink Treatment Services, Inc.

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### O R D E R

**PER CURIAM**

Relator FamilyLink Treatment Services, Inc**.** has filed a petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the February 25, 2022 Order on Respondent Father's Motion for Further Orders pending further order of this Court. *See id*. 52.10(b). The Court orders the real parties in interest to file responses to the petition for writ of mandamus on or before April 29, 2022.

It is ordered on April 20, 2022.

Before Justices Baker, Kelly, and Smith